AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 31, 2025**

SEAN F. McAVOY, CLERK

LARAMIE PLEASANT, a single person,

*Plaintiff*

WASHINGTON STATE, WASHINGTON STATE PATROL, CHIEF JOHN R. BATISTE, TROOPER MICHAEL L. CHRISTENSEN, TROOPER KARL A. FENSTER, TROOPER AARON A. NORTON, TROOPER CHARLES ROB GARDINER, individually and in their official capacities,

*Defendants*

Civil Action No. 2:23-CV-00246-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered in favor of Defendants State of Washington, Washington State Patrol, Chief Batiste, Trooper Christensen, Trooper Fenster, Trooper Norton, and Trooper Gardiner on the federal claims; and judgment of dismissal without prejudice is entered on the state-law claims against Defendants State of Washington, Washington State Patrol, and the state-officer Defendants (Chief Batiste and Troopers Christensen, Fenster, Norton, and Gardiner) in their official capacities.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke on a motion for summary judgment.

Date: March 31, 2025

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas